

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00023-CR

Casey Lane **DAWSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-16-0000128
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice